Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34413−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Halley
   662 Wilbur Avenue
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−9038

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 14, 2018
JAN: bwj

                                  Jeanne Naughton
                                  Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                     Case No. 17-34413-CMG
Richard Halley                                                             Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2            Date Rcvd: Feb 14, 2018
                              Form ID: 148                 Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db            +Richard Halley,    662 Wilbur Avenue,    Phillipsburg, NJ 08865-3364
cr            +Bosco Credit II, LLC.,    c/o Leopold & Associates, PLLC.,    80 Business Park Drive,   Suite 110,
                Armonk, NY 10504-1704
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
517211345     +B&B Funding, LLC,    1055 Parsippany Blvd.,    Suite 200,    Parsippany, NJ 07054-1272
517321605     +Deutsche Bank National Trust Company,    1661 Worthington Road,,    Suite 100,,
                West Palm Beach,,    FL 33409-6493
517211346      DiTech,    P.O. Box 7169,    Pasadena, CA 91109-7169
517211348     +Mary Ann Baurkot,    1211 Park Avenue,    Phillipsburg, NJ 08865-4431
517211349     +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517331478     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Dept,    PO BOX 619096,
                Dallas, TX 75261-9096
517322318      Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept,    POB 24605,
                West Palm Beach, FL 33416-4605
517211350      Ocwen Loan Servicing, LLC,    P.O. BOX 24738,    West Palm Beach, FL 33416-4738
517211351     +Rushmore Loan Management Service,    P.O .Box 52708,    Irvine, CA 92619-2708
517211352     +Selene Finance, LP,    9990 Richmond Avenue,    Suite 40,    Houston, TX 77042-8500
517211353     +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    P.O. Box 111,
                Trenton, NJ 08645-0111
517329332     +US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2018 22:32:52      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 22:32:51       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517270649      EDI: IRS.COM Feb 14 2018 22:23:00       Department of the Treasury,    Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
517255790      E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2018 22:32:46
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517239654      E-mail/Text: bankruptcynotice@franklincredit.com Feb 14 2018 22:32:45
                Franklin Credit Management Corp,    P.O. Box 2301,    Jersey City, NJ 07303
517321808     +E-mail/Text: bkteam@selenefinance.com Feb 14 2018 22:32:40       MTGLQ Investors, L.P.,
                C/O Selene Finance LP,    9990 Richmond Ave Ste 400 South,    Houston, TX 77042-4546
517326639     +EDI: AIS.COM Feb 14 2018 22:23:00       Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517238928      Deutsche Bank National Trust Company, as certifica
517211347*     Internal Revenue Service,    P.O. Box 744,    Springfield, NJ 07081
517220453*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 2, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Feb 14, 2018
                              Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com
      Christopher Keith Baxter   on behalf of Creditor   MTGLQ Investors, L.P. BKECF@mlg-defaultlaw.com
      Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin M. Buttery   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyefile@rasflaw.com
      Laura M. Egerman   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Matthew Siti   on behalf of Creditor   Bosco Credit II, LLC. msiti@leopoldassociates.com, mrozea@leopoldassociates.com
      Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
      Tomas Espinosa   on behalf of Debtor Richard Halley te@lawespinosa.com, attespinosalawfirm@gmail.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                       TOTAL: 9